_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 2  2011  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEP...

1  Karin Cho
852 Summerhill Ridge Dr N
2  Issaquah, WA 98027-5657
206-491-2349
3  Pro Se Plaintiff

UNITED STATES DISTRICT COURT
4  FOR THE WESTERN DISTRICT OF WASHINGTON

5

6  Karin H Cho                    )
                                  )
        Plaintiff,                )
7                                 )   Case No:  **CV11  675** JLR
        vs.                       )
8                                 )   **COMPLAINT**
   Suttell & Hammer, P.S.         )
9                                 )   **JURY TRIAL DEMANDED**
        Defendant.                )
10                                )
                                  )
11 _____)

12              **NATURE OF ACTION**

13 Plaintiff, a individual consumer seeks damages from Defendant, Suttell & Hammer, P.S.

14 Defendant violated the law under the Fair Debt Collection Practices Act, 15 USC 1601,

15 et seq. (Hereinafter FDCPA) and the revised Code of Washington, Chapter 19.16, both

16 of which prohibit debt collectors from engaging in abusive, deceptive, and unfair

17 practices.  Plaintiff further alleges a claim for invasion of privacy by intrusion, ancillary

18 to Defendants collection efforts and violations under the Fair Credit Reporting Act.

19 (Hereinafter FCRA). Plaintiffs allege that the below described actions will show how the

20 Defendant has violated various federal laws forbidding such illegal practices.

21              **JURISDICTION**

22    1.  This court has supplemental jurisdiction over plaintiff's pendent federal law

23        claims pursuant to section 813 [15USC 1692k].

24

25

              **PARTIES**

                  1



**11-CV-00675-CMP**

2. Plaintiff, Karin H Cho with the address of 852 Summerhill Ridge Dr N. Issaquah, WA 98027-5657.  Telephone number 206-491-2349.

3. Plaintiff is a "consumer as defined by the FDCPA, 15 USC 1692a(3), and a "debtor" as defined by RCW 19.16.100(11).

4. Defendant Suttell & Hammer, P.S. is registered to conduct business in the State of Washington with its principle place of business at PO BOX C-90006.Bellevue, WA 98009.  It may be served at its place of business.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 USC 1692a(6), and a "licensee," as defined by RCW 19.16.100(9).

6. Defendant, as an agent on behalf of the principle is liable for the violations of the FCRA and the FDCPA.

## FACTUAL ALLEGATIONS

7. The Defendant Suttell & Hammer, P.S. is a 3rd party debt collector as such is governed under the law by the Fair Debt Collection Practices Act.

8. On or about September 20, 2010 Defendants Suttell & Hammer sent Plaintiffs a debt collection notice attempting to collect on an alleged debt. (Exhibit A).

9. Plaintiffs responded to Defendant Suttell & Hammer's collection letter with a dispute/validation letter on October 11, 2010 (Exhibit B).

10. Defendant received Plaintiffs Dispute/validation letter on October 22, 2010. (Exhibit C).

11. Defendants conduct, violated 15 USC 1692g (a) which requires a debt collector to send a debt collection notice stating, as did the Plaintiffs notice from Suttell & Hammer "Unless, within thirty days after receipt of this notice, you dispute the validity of the debt or any portion thereof, we will assume the debt to be

2

valid." This section of the FDCPA "obligates the collectors to refrain from confusing the debtor by undercutting the required notice or implying a different obligation" For example, an unelaborated demand that the debt be paid " immediately" or as in Plaintiffs Letter, "Referenced balance is now due" and " DEMAND is hereby made for full payment of this debt". This would violate the FDCPA by implying that the debtor does not have 30 days to dispute the validity of the debt by Overshadowing. (Exhibit A).

12. Defendants conduct, Violated 15USC 1692g(b) by commencing collection efforts via lawsuit against plaintiff without first providing validation of the debt.

13.  Defendants conduct, violated 15USC 1692g(b)  by undercutting plaintiffs 30 day verification period by serving Plaintiff  via lawsuit on November  20, 2010.

14. Defendants conduct, violated 15 USC 1692f & 1692e(10) filing an official looking summons that made plaintiff believe she was forced to defend a lawsuit, when in fact Defendant did not file suit at that time, is an unfair practice, a deceptive practice and an abuse of the court system.

15. Defendants conduct, also  violating 15 USC 1692e(9) by distributing to Plaintiff a written communication which simulates or is falsely representing to be a document authorized, issued, or approved by a Court of Washington State and which creates a false impression as to its source.

16. Defendant's activities also constitute an intentional intrusion into plaintiff's private places and into private matters of plaintiff's life, conducted in a manner highly offensive to a reasonable person.

3

17. *Defendants conduct, violated 15 USC 1692(e) by making false and misleading representations in connection with the collection of an alleged debt. Defendants asked for or demanded a sum of money based on an undocumented and unverified claimed that Plaintiff allegedly owed.*

18. Defendants conduct, violated 15USC 1692 (2) (B) and 15 USC 1692 f by using unfair or unconscionable means collecting on a debt, including interest fees,  or expenses incidental to the principal obligation. (Exhibit D).

19. Defendants conduct, violating 1692e (2)(A) by falsely representing the character, amount, or legal status of Plaintiffs debt. (Exhibit D).

20. Defendants conducted violated the FCRA section 623 15 USC 1681s-2 Duty of furnisher by furnishing inaccurate information to the credit reporting agencies.

21. Defendants conduct violated FCRA section 623 15 USC 1681s-2 After Plaintiff notified Defendant the allege debt is in dispute and Defendant by updating to the (3) three credit reporting agencies in the months of December, January, February, March and April prior to providing proof of their claim to the allege debt.

22. Defendants conduct violated  Section 611 (a)(2) 1681i Duty to provide notice *of dispute, as Defendant has not provided to the (3) three credit reporting agencies in the months of December, January, February, March and April to reflect that the information is in dispute by the creditor. (Exhibit E).*

23. Defendant's aforementioned activities were conducted in a manner highly offensive to a reasonable person.  As a result of Defendants behavior, detailed above, Plaintiff suffered and continues to suffer injury to Plaintiffs feelings, personal humiliation, embarrassment, mental anguish, emotional distress, damaged Credit standing, reputation, inability to apply for credit, Plaintiffs credit report and denial of Plaintiffs home loan modification.

## COUNT ONE
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

24. Plaintiff realleges and incorporates the allegations of all previous paragraphs of the complaint as if stated fully herein.

25. The foregoing acts and omissions constitute unreasonable debt collection practices in violation of the FDCPA.

## COUNT TWO
## VIOLATION OF WASHINGTON COLLECTION AGENCY ACT
## ( WASHINGTON CONSUMER PROTECTION ACT)

26. Plaintiff realleges and incorporates the allegations of all previous paragraphs of the complaint as if stated fully herein.

27. The foregoing acts and omissions constitute unreasonable practices in violation of Washington's Collection Agency Act/ Consumer Protection Act.

## COUNT THREE
## VIOLATION OF THE DOCTORINE OF INVASION OF PRIVACY

28. Plaintiff realleges and incorporates the allegations of all previous paragraphs of the complaint as if stated fully herein.

29. The foregoing acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of invasion of privacy.

## COUNT FOUR
## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

30. Plaintiff realleges and incorporates the allegations of all previous paragraphs of the complaint as if stated fully herein.

1    31. The foregoing acts and omissions constitute unreasonable practices in violation

2       of the FCRA.

3

4                          **PRAYER FOR RELIEF**

5    WHEREFORE, Plaintiff respectfully prays that judgment be entered against the

6    Defendants for the following:

7     A. Declaratory judgment that Defendants conduct violated the FDCPA and the

8        FCRA.

9     B. Actual damages:

10    C. Statutory Damages:

11    D. Punitive damages

12    E. For all costs associated with and incurred in the prosecution of this action.

13    F. Cease and desist from further collection activities by the Defendants.

14    G. A signed agreement/settlement saying no further contact with Plaintiff will

15       be made.

16    H. For such other and further relief as may be just and proper.

17

18   Respectfully submitted this ___20th___ day of March, 2011.

19

20                              Karin Cho

21                    **Certificate of service**

22 I, Karin Cho, certify that on March _26_, 2011, I mailed a true and correct copy of the above

23 and foregoing complaint to:  Suttell & Hammer PO BOX C-90006.  Bellevue, WA 98009.

24

25                              Karin Cho

**EXHIBIT "A"**

# SUTTELL & HAMMER, P.S.

PO Box C-90006
BELLEVUE, WA, 98009
425-455-8220 TEL
425-454-7884 FAX
888-788-8355 TOLL FREE

September 20, 2010

Karin H Cho

852 Summerhill Ridge Dr N
Issaquah WA 98027-5657

Re:  **CITIBANK SOUTH DAKOTA NA**
     Karin H Cho
     Reference Account #5410654474893317
     Total Amount : $18267.59

Dear Karin H Cho and :

CITIBANK SOUTH DAKOTA NA has referred the above account to our offices for collection. Our client claims the above referenced balance is now due. DEMAND is hereby made for full payment of this debt. Please contact our offices to make repayment arrangements.

If you fail to dispute the debt or any portion thereof within 30 days after your receipt of this letter we will assume the debt is valid.

If you notify this office in writing within 30 days after your receipt of this letter that the debt or any portion thereof is disputed, our offices will obtain verification of the debt and mail such verification to you. Upon your written request within 30 days, we will provide you the name and address of the original creditor if different from the current creditor.

This communication is from a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. If you have any questions regarding your rights and responsibilities in this matter, we suggest you consult with your own independent counsel. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account.

Please contact our offices if you have any issues and/or comments.

Sincerely,

Suttell & Hammer, P.S.

**EXHIBIT "B"**

October 11, 2010                    Cert mail:70100780000228079913

Karin H Cho
852 Summerhill Ridge Dr N
Issaquah, WA 98027-5657

Suttell & Hammer, P.S.
PO BOX C-90006
Bellevue, WA 98009

RE: Citbank South Dakota NA Acct # 5410654474893317

Dear Suttell & Hammer,

    I recently received a letter from you indicating I owe you some money.  I've never heard of Suttell & Hammer, P.S. before.  I have never bought any merchandise whatsoever from your firm nor to the best of my knowledge and belief have they ever performed any service for me of any kind whatsoever.

    I would like to resolve this matter at the earliest possible time, however due to the possibility of error or fraud in this matter, I must insist that you prove that I owe you this purported debt and why. In order to prove the debt, I must have a signed and sworn statement before notary public under penalty of perjury by a person having firsthand knowledge of the indebtedness and stating that the reported indebtedness was a legal indebtedness under all applicable state and federal laws, was not subsequently disputed as a result of returned, faulty, or recalled consumer products, and furthermore swearing that this purported debt is not now nor ever has been part of any tax write off scheme nor insurance claim.

    Please be advised that I am requesting validation and competent evidence that I had some contractual obligation sans consumer protection encumbrance whereby I incurred the original claims associated with this purported debt.  Please be advised that under the Fair Debt Collection Practices Act, I am authorized to demand that you not contact me by telephone nor at my place of employment by any means whatsoever. If you wish to communicate with me, you may do so only by U.S. mail and only at my place of residence.

    Your failure to provide such information as I request in a timely manner may constitute prima facie evidence of intent to defraud, intimidate or coerce me and to deprive me of my civil rights. Please be advised that any contact made by your firm with any 3rd party firm or entity regarding this issue absent compliance with each and every part of this demand for validation may constitute violation of the FDCPA and the FCRA and may constitute grounds for civil or criminal action or complaints being filed against you.

    I do hope that you can understand and that we can settle this matter in an amicable fashion at the earliest possible moment.

Sincerely,

Karin H Cho

**EXHIBIT "C"**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Esteban Richmond*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of delivery<br>Esteban Richmond A. PX212 10/22 |
| 1. Article Addressed to:<br><br>Suttell & Hammer, P.S.<br>PO Box C-90006<br>Bellevue, WA 98009 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 0780 0002 2807 9913 |

PS Form 3811, February 2004          Domestic Return Receipt                     102595-02-M-1540



UNITED STATES POSTAL SERVICE

22 OCT 2010

* Sender: Please print your name, address, and ZIP+4 in this box *

Karin H Cho
852 Summerhill Ridge Dr. N.
Issaquah, WA 98027-5657

**EXHIBIT "D"**

ARIN H CHO
port As Of: 12/12/2010

freecreditreport.com

## Credit Cards, Loans & Other Debt

re you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your
ort indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

| CITI | | Experian | Equifax | |
|---|---|---|---|---|
| Potentially Negative Closed | Account Name | CITI | CITIBANK SD, NA | CITI |
| | Account # | 54106544XXXX | 54106544XXXX | 54106544XXXX |
| No Phone Provided | Account Type | Credit Card - Revolving Terms | Revolving or Option | Revolving account |
| | Balance | $17,995.00 | $17,995.00 | $17,995.00 |
| PO BOX 6241 | Past Due | | | |
| SIOUX FALLS, SD 57117 | Date Opened | 3/1/1995 | 3/1/1995 | 3/1/1995 |
| | Account Status | Closed | | Closed |
| | Mo. Payment | | $269.00 | |
| | Payment Status | Charge-off | Bad debt & placed for collection & skip | Charged off as bad debt |
| | High Balance | | | $0.00 |
| | Limit | $18,010.00 | $18,010.00 | $18,010.00 |
| | Terms | Revolving | | |
| | Comments | Account in dispute-reported by subscriber | CHARGED OFF ACCOUNT | Account information disputed by consumer |

24/Mo Payment History

| Month | 2008 DEC | 2009 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2010 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian | | | | | | | | | | | | | | | | | | | | | | KD | KD | KD |
| Equifax | | | | | | | | | | | | | | | | | | | | | | KD | KD | KD |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

Judge: EADIE
Date: 4/15/2011
Time: 10:00AM

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

CITIBANK SOUTH DAKOTA NA

                   Plaintiff,

vs.

Karin H Cho

                Defendant(s).

NO. 11-2-04682-6SEA

MOTION FOR
SUMMARY JUDGMENT

s/a 279882.001

COMES NOW the plaintiff, by and through its attorneys, Suttell & Hammer, P.S., and respectfully moves the Court for an Order of summary Judgment against the defendant(s), Karin H Cho .

RELIEF REQUESTED.

An Order of Summary Judgment against the defendant(s), Karin H Cho , for the principal sum of $17995.80, together with pre-judgment interest, plaintiff's costs, together with interest thereon at the rate of 29.9900% per annum from judgment until fully paid.

FACTS.

1.     The defendant(s) has become indebted to the plaintiff on account of goods and services rendered at defendant(s) request and use of credit card within six years last past, on which there is now due and owing the principle sum of $17995.80, no part of

Motion for Summary Judgment - 3

SUTTELL & HAMMER, P.S.
PO BOX C-90006
BELLEVUE, WA, 98009
425-455-8220/425-454-7884 FAX

# SUTTELL & HAMMER, P.S.

PO Box C-90006
BELLEVUE, WA, 98009
425-455-8220 TEL
425-454-7884 FAX
888-788-8355 TOLL FREE

September 20, 2010

Karin H Cho

852 Summerhill Ridge Dr N
Issaquah WA 98027-5657

Re:   **CITIBANK SOUTH DAKOTA NA**
      **Karin H Cho**
      Reference Account #5410654474893317
      Total Amount : $18267.59

Dear Karin H Cho and :

CITIBANK SOUTH DAKOTA NA has referred the above account to our offices for collection. Our client claims the above referenced balance is now due. DEMAND is hereby made for full payment of this debt. Please contact our offices to make repayment arrangements.

If you fail to dispute the debt or any portion thereof within 30 days after your receipt of this letter we will assume the debt is valid.

If you notify this office in writing within 30 days after your receipt of this letter that the debt or any portion thereof is disputed, our offices will obtain verification of the debt and mail such verification to you. Upon your written request within 30 days, we will provide you the name and address of the original creditor if different from the current creditor.

This communication is from a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. If you have any questions regarding your rights and responsibilities in this matter, we suggest you consult with your own independent counsel. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account.

Please contact our offices if you have any issues and/or comments.

Sincerely,

Suttell & Hammer, P.S.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**EXHIBIT "E"**

November 22, 2009

Karin H Cho
852 Summerhill Ridge Dr NW
Issaquah, WA 98027-5657
SSN 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
DOB: 6/28/1970

Experian
P O BOX 2002
Allen, TX 75013

To Whom it May Concern:

I've just reviewed my credit report and noticed there are several inaccurate items on my report and dispute as follows:

Citibank
Account: 54106544
This is not my account.   I was never late on this account.

I have enclosed a copy of my driver's license as proof of identity.

Sincerely,

Karin Cho

November 22, 2009

Karin H Cho
852 Summerhill Ridge Dr NW
Issaquah, WA 98027-5657
SSN 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
DOB: 6/28/1970

Equifax Information Services
P O BOX 740256
Atlanta, GA 30374

To Whom it May Concern:

I've just reviewed my credit report and noticed there are several inaccurate items on my report
and dispute as follows:

Citibank
Account: 54106544
This is not my account.   I was never late on this account.

I have enclosed a copy of my driver's license as proof of identity.

Sincerely,

Karin Cho

November 22, 2009

Karin H Cho
*852 Summerhill Ridge Dr NW*
Issaquah, WA 98027-5657
SSN 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
DOB: 6/28/1970

TransUnion
P O BOX 2000
Chester, PA 19022

To Whom it May Concern:

I've just reviewed my credit report and noticed there are several inaccurate items on my report
and dispute as follows:

Citibank
Account: 54106544
This is not my account.   I was never late on this account.

I have enclosed a copy of my driver's license as proof of identity.

Sincerely,

Karin Cho

November 22, 2009

Karin H Cho
*852 Summerhill Ridge Dr NW*
Issaquah, WA 98027-5657
SSN 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
DOB: 6/28/1970

Citibank  South Dakota
PO BOX 6241
Siox Falls, SD 57117

To Whom it May Concern:

I've just reviewed my credit report and noticed there are several inaccurate items on my report and dispute as follows:

Citibank
Account: 54106544
This is not my account.   I was never late on this account.

I have enclosed a copy of my driver's license as proof of identity.

Sincerely,

Karin Cho

01/18/2011   18:14   2958551023                          ALLSTATE                              PAGE   05/16

|  |  |
|---|---|
| **File Number:** | 290537576 |
| **Page:** | 1 of 1 |
| **Date Issued:** | 12/14/2010 |

**TransUnion.**

**Name:**   KARIN HYEJUNG CHO

**SSN:**   XXX-XX-8609
**Date of Birth:**   06/1970
**Telephone:**   392-7557
Your SSN is partially masked for your protection.

**Other Names:**   HWANG,KARIN,H
HWANG,HYEJUNG,K
You have been on our files since 06/1990

## CURRENT ADDRESS
**Address:**   852 SUMMERHILL RIDGE DR NW
ISSAQUAH, WA 98027
**Date Reported:**   12/2010

## PREVIOUS ADDRESS
**Address:**   33019 SW 47TH AV
FEDERAL WAY, WA 98023
**Date Reported:**   12/2006
**Address:**   33019 47TH SW AV
FEDERAL WAY, WA 98023

## EMPLOYMENT DATA REPORTED
**Employer Name:**   POLO CLEANERS
**Date Reported:**   10/1995

**Position:**
**Hired:**

**CITIBANK NA #5410654474893317**
701 E 60TH ST N
SIOUX FALLS, SD 57104
Phone number not available

| | |
|---|---|
| **Balance:** | $17,995 |
| **Date Verified:** | 12/2010 |
| **Credit Limit:** | $18,010 |
| **Past Due:** | >$2,241< |

| | |
|---|---|
| **Pay Status:** | >CHARGED OFF AS BAD DEBT< |
| **Account Type:** | REVOLVING ACCOUNT |
| **Responsibility:** | INDIVIDUAL ACCOUNT |
| **Date Open:** | 03/1995 |
| **Date Closed:** | 06/2010 |

**Loan Type:** CREDIT CARD
**Remarks:** ACCT INFO DISPUTED BY CONSUMR
**Estimated date that this item will be removed:** 01/2017

**- End of investigation results -**

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

01407 00341 003 C101

# EQUIFAX

**CREDIT FILE : December 10, 2010**
**Confirmation # 03410105513**

00091 11932-5530
Karin H Cho
852 Summerhill Ridge Dr NW
Issaquah, WA 98027-5857

P.O. Box 105518
Atlanta, GA 30348

Dear Karin H Cho:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. If you have any additional questions or concerns, please contact the source of that information directly.

You may contact Equifax regarding the specific information contain in this letter within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 568-0303 from 9:00am to 5:00pm Monday-Friday in your time zone. If you want to request a free copy of the Equifax credit file you can call our toll free number at (877) 576-5768.

Thank you for giving Equifax the opportunity to save you.

**Status Code Descriptions**

**Account History**

| | |
|---|---|
| 1 : 30-59 Days Past Due | 6 : 180 or More Days Past Due |
| 2 : 60-89 Days Past Due | G : Collection Account |
| 3 : 90-119 Days Past Due | H : Foreclosure |
| 4 : 120-149 Days Past Due | J : Voluntary Surrender |
| 5 : 150-179 Days Past Due | K : Repossession |
| | L : Charge Off |

>>> We have researched the credit account. Account #: 541065447489* The results are: Equifax verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Citibank SD Na, PO Box 6241, Sioux Falls SD 57117-6241**

| Account Number | Date Reported | Amount Past Due | Date Opened | High Credit | Credit Limit | Scheduled Payment Amount | Date of 1st Delinquency | Terms Duration Terms Frequency | Date of Last Activity | Date 1st Charge Off | Months Hist | Activity Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 541065447489* Date Reported Amount / Past Due 12/2010 $17,995 | | $2,241 | 03/1995 | $0 | $16,010 | $289 | 02/2010 | Monthly | 09/2010 | $0 | 66 | |

| Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Creditor | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|
| $0 | | | | | |

Current Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Charged Off Account; Account Closed By Credit Grantor; Credit Grantor; Credit Card;

Account History with Status Codes

| | | | | | | |
|---|---|---|---|---|---|---|
| 112010 | 102010 | 092010 | 082010 | 072010 | 062010 | 052010 |
| L | L | L | L | L | 5 | 4 | 3 | 2 |

( Continued On Next Page )

03410105513APP-00091932-5530-5774-AS



**Experian**
A world of insight

**Prepared for**
KARIN HYEJUNG CHO
**Report number**
3096-2964-35

**Report date**
December 15, 2010
www.experian.com/disputes
PO BOX 9701, Allen, TX 75013   **Page 3 of 14**

## Potentially negative items or items for further review continued

**CHASE** *(continued)*
*See History of account balances for additional information.*

This account is scheduled to continue on record until Mar 2017.
Address identification number:
593490927

**CITI CARDS/CITIBANK**
PO BOX 6241
SIOUX FALLS SD 57117
No phone number available
*Partial account number*
5410654474989......
*See History of account balances for additional information.*

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Mar 1995 | Sep 2010 | Revolving | Individual | $18,010 | $17,995 as of Dec 2010 |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | |
| Jan 2004 | Dec 2010 | NA | | NA | |
| | | *Monthly payment* | | | |
| | | NA | | | |

Status: Account charged off. $0 written off. $2,241 past due as of Dec 2010.
Account history:
Charge Off as of Sep 2010 to Dec 2010.
150 days past due as of Aug 2010
120 days past due as of Jul 2010
90 days past due as of Jun 2010
60 days past due as of May 2010
This account is scheduled to continue on record until Feb 2017.
Creditor's statement: "Account closed at credit grantor's request."
Comment: "Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)."
This item was verified and updated on Dec 2010.
Address identification number:
593490927

**GEMB/BANANA REP**
PO BOX 981400
EL PASO TX 79998
(800) 234-7455
*Partial account number*
60185905229 4......

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Oct 2005 | Oct 2007 | Revolving | Individual | $1,300 | NA |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | |
| Oct 2005 | Oct 2007 | NA | | $654 | |
| | | *Monthly payment* | | | |
| | | NA | | | |

Status: Paid/Closed.
Account history:
30 days past due as of Jan 2007
Comment: "Account closed at consumer's request."
Address identification number:
593490927

KARIN H CHO
Report As Of: 1/14/2011

**freecreditreport.com**

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

---

### CITI

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Potentially Negative Closed** | | | |
| | | | |
| **No Phone Provided** | | | |
| | | | |
| PO BOX 6241 | | | |
| SIOUX FALLS, SD 57117 | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Account Name** | CITI | CITIBANK SD, NA | CITI |
| **Account #** | 54106544XXXX | 54106544XXXX | 54106544XXXX |
| **Account Type** | Credit Card - Revolving Terms | Revolving or Option | Revolving account |
| **Balance** | $17,995.00 | $17,995.00 | $17,995.00 |
| **Past Due** | $2,510.00 | $2,510.00 | $2,510.00 |
| **Date Opened** | 3/1/1995 | 3/1/1995 | 3/1/1995 |
| **Account Status** | Closed | | Closed |
| **Mo. Payment** | | $269.00 | |
| **Payment Status** | Charge-off | Bad debt & placed for collection & skip | Charged off as bad debt |
| **High Balance** | | $18,010.00 | $0.00 |
| **Limit** | $18,010.00 | | $18,010.00 |
| **Terms** | Revolving | | |
| **Comments** | Account in dispute-reported by subscriber | CHARGED OFF ACCOUNT | Account information disputed by consumer |

#### 24/Mo Payment History

| | 2008 | 2009 | | | | | | | | | | | | 2010 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Month** | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
| **Experian** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 120 | KD | KD | KD |
| **Equifax** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 120 | OK | OK | OK |
| **TransUnion** | | | | | | | | | | | | | | | | | | | | | | | | |

---

### AMERICAN HOME MTG SVCI

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Unknown** | | | |
| | | | |
| **877-304-3100** | | | |
| | | | |
| 1525 S BELT LINE RD | | | |
| COPPELL, TX 75019 | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Account Name** | AMERICAN HOME MTG SVCI | | |
| **Account #** | 647001835XXXX | | |
| **Account Type** | Conventional Real Estate Loan, Including Purchase Money First | | |
| **Balance** | | | |
| **Past Due** | | | |
| **Date Opened** | 8/1/2005 | | |
| **Account Status** | Closed | | |
| **Mo. Payment** | | | |
| **Payment Status** | Account transferred to another office | | |
| **High Balance** | | | |
| **Limit** | | | |
| **Terms** | 360 Months | | |
| **Comments** | Transferred to another lender or claim purchased | | |

#### 24/Mo Payment History

| | 2003 | 2004 | | | | | | | | | | | | 2005 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Month** | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
| **Experian** | | | | | | | | | | | | | | | | | | | | | | OK | OK | OK |
| **Equifax** | | | | | | | | | | | | | | | | | | | | | | | | |
| **TransUnion** | | | | | | | | | | | | | | | | | | | | | | | | |

KARIN H CHO
Report As Of: 12/12/2010

**freecreditreport.com**

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

---

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **CITI** | | | |
| Potentially Negative Closed | | | |
| Account Name | CITI | CITIBANK SD, NA | CITI |
| Account # | 54106544XXXX | 54106544XXXX | 54106544XXXX |
| No Phone Provided | | | |
| Account Type | Credit Card - Revolving Terms | Revolving or Option | Revolving account |
| PO BOX 6241 | | | |
| SIOUX FALLS, SD 57117 | | | |
| Balance | $17,995.00 | $17,995.00 | $17,995.00 |
| Past Due | $2,241.00 | $2,241.00 | $2,241.00 |
| Date Opened | 3/1/1995 | 3/1/1995 | 3/1/1995 |
| Account Status | Closed | | Closed |
| Mo. Payment | | $269.00 | |
| Payment Status | Charge-off | Bad debt & placed for collection & skip | Charged off as bad debt |
| High Balance | | | |
| Limit | $18,010.00 | $18,010.00 | $0.00 |
| Terms | Revolving | | $18,010.00 |
| Comments | Account in dispute-reported by subscriber | CHARGED OFF ACCOUNT | Account information disputed by consumer |

### 24/Mo Payment History

| | 2008 | 2009 | | | | | | | | | | | 2010 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 120 | KD | KD | KD |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 120 | KD | KD | KD |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

---

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **AMERICAN HOME MTG SVCI** | | | |
| Unknown | | | |
| Account Name | AMERICAN HOME MTG SVCI | | |
| Account # | 647001635XXXX | | |
| 877-304-3100 | | | |
| Account Type | Conventional Real Estate Loan, Including Purchase Money First | | |
| 1525 S BELTLINE RD | | | |
| COPPELL, TX 75019 | | | |
| Balance | | | |
| Past Due | | | |
| Date Opened | 8/1/2005 | | |
| Account Status | Closed | | |
| Mo. Payment | | | |
| Payment Status | Account transferred to another office | | |
| High Balance | | | |
| Limit | | | |
| Terms | 360 Months | | |
| Comments | Transferred to another lender or claim purchased | | |

### 24/Mo Payment History

| | 2003 | 2004 | | | | | | | | | | | 2005 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
| Experian | | | | | | | | | | | | | | | | | | | | | | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

KARIN H CHO
Report As Of: 11/22/2010

**freecreditreport.com**™

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

### CITI

|  | | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| **Potentially Negative Closed** | Account Name | CITI | CITIBANK SD, NA | CITI |
|  | Account # | 54108544XXXX | 54108544XXXX | 54108544XXXX |
| **No Phone Provided** | Account Type | Credit Card - Revolving Terms | Revolving or Option | Revolving account |
|  | Balance | $17,995.00 | $17,995.00 | $17,995.00 |
| PO BOX 6241 | Past Due | $2,241.00 | $1,972.00 | $1,972.00 |
| SIOUX FALLS, SD 57117 | Date Opened | 3/1/1995 | 3/1/1995 | 3/1/1995 |
|  | Account Status | Closed |  | Closed |
|  | Mo. Payment |  | $269.00 |  |
|  | Payment Status | Charge-off | Bad debt & placed for collection & skip | Charged off as bad debt |
|  | High Balance |  | $18,010.00 |  |
|  | Limit | $18,010.00 |  | $18,010.00 |
|  | Terms | Revolving |  |  |
|  | Comments | Credit line closed-grantor request-reported by subscriber | CHARGED OFF ACCOUNT ACCOUNT CLOSED BY CREDIT GRANTOR | Canceled by credit grantor |

#### 24/Mo Payment History

| Month | 2008 | | | 2009 | | | | | | | | | | | | 2010 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
| Experian |  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 120 | KD |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 90 | 120 | 120 | OK |
| TransUnion |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

### AMERICAN EXPRESS

|  | | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| **Unknown** | Account Name |  | AMERICAN EXPRESS |  |
|  | Account # |  | -34990550247XXXX |  |
| 800-874-2717 | Account Type |  | Revolving or Option |  |
|  | Balance |  | $0.00 |  |
| P.O. BOX 981537 | Past Due |  |  |  |
| EL PASO, TX 79998 | Date Opened |  | 10/1/2005 |  |
|  | Account Status |  |  |  |
|  | Mo. Payment |  |  |  |
|  | Payment Status |  | Pays account as agreed |  |
|  | High Balance |  |  |  |
|  | Limit |  | $500.00 |  |
|  | Terms |  |  |  |
|  | Comments |  | CREDIT CARD |  |

#### 24/Mo Payment History

| Month | 2008 | | | 2009 | | | | | | | | | | | | 2010 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
| Experian |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |