The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARIN H. CHO, ) | |
| ) | |
| Plaintiff, ) | No. CV11-675 JLR |
| ) | |
| v. ) | ANSWER TO COMPLAINT |
| ) | |
| SUTTELL & HAMMER, P.S., ) | |
| ) | |
| Defendant. ) | |

Defendant Suttell & Hammer, P.S. ("S&H") answers plaintiff's Complaint [Dkt. No. 1] (the "Complaint") as follows:

1. S&H denies the allegations in the unnumbered paragraph entitled "Nature of Action" as well as the allegations in paragraphs 1, 6, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 27, 29, 31 of the Complaint.

2. S&H denies that plaintiff is entitled to the relief requested at page 6 of the Complaint.

3. S&H is without knowledge or information sufficient to admit or deny the allegations in paragraphs 2, 3, 5 and 7, and therefore denies them.

4. S&H admits the allegations in paragraphs 8, 9 and 10 of the Complaint.

ANSWER TO COMPLAINT (CV11-675 JLR) — 1
DWT 16956097v1 0093176-000002

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

5. Answering the allegations in paragraph 4 of the Complaint, S&H admits that it is licensed to do business in the State of Washington and that paragraph 4 recites its current mailing address. Except as expressly admitted, S&H is without knowledge or information sufficient to admit or deny the remaining allegations in paragraph 4, and therefore denies them.

6. Answering the allegations in paragraphs 24, 26, 28 and 30 of the Complaint, S&H incorporates its responses to the paragraphs referenced therein.

7. Any allegations not admitted or otherwise addressed above are hereby denied.

## DEFENSES

8. The Complaint and each of its counts fails to state a claim upon which relief can be granted against S&H.

9. Plaintiff has failed to properly serve S&H with process.

10. Plaintiff's claims are barred by the doctrines of collateral estoppel and/or res judicata.

11. Plaintiff's claims are barred and/or the Court lacks jurisdiction under the *Rooker-Feldman* doctrine.

12. S&H reserves the right to assert additional defenses developed through discovery and a better understanding of plaintiff's claims.

## COUNTERCLAIM

13. On information and belief, plaintiff is pursuing a damage action for damages of $10,000 or less.

ANSWER TO COMPLAINT (CV11-675 JLR) — 2
DWT 16956097v1 0093176-000002

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  14. S&H hereby notifies plaintiff of its intent to seek an award of fees incurred in defending the action pursuant to RCW 4.84.250 and other law.

WHEREFORE, having answered plaintiff's Complaint and counterclaimed as set forth above, S&H prays for the following relief:

A. That plaintiff's claims, and each of them, be dismissed with prejudice;

B. That to the extent the Court determines that it has jurisdiction, that Judgment be entered in favor of S&H;

C. That S&H be awarded fees and costs to the full extent permitted by law, including under RCW 4.84.250 *et seq.*; and

D. That the Court award such other relief to S&H as is just and appropriate under the circumstances.

DATED this 18th day of May, 2011.

Davis Wright Tremaine LLP
Attorneys for Defendant
Suttell & Hammer, P.S.

By *s/ Brad Fisher*
Brad Fisher, WSBA #19895
Suite 2200
1201 Third Avenue
Seattle, Washington  98101-3045
Telephone: (206) 757-8042
Fax: (206) 757-7700
E-mail: bradfisher@dwt.com

ANSWER TO COMPLAINT (CV11-675 JLR) — 3
DWT 16956097v1 0093176-000002

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Karin Cho
852 SUMMERHILL RIDGE DR NW
ISSAQUAH, WA 98027

Declared under penalty of perjury under the laws of the state of Washington dated at Seattle, Washington this 18th day of May, 2011

Davis Wright Tremaine LLP
Attorneys for Defendant Suttell & Hammer, P.S.

By  s/ Brad Fisher
Brad Fisher, WSBA #19895
Suite 2200
1201 Third Avenue
Seattle, Washington  98101-3045
Telephone: (206) 757-8042
Fax: (206) 757-7700
E-mail: bradfisher@dwt.com

ANSWER TO COMPLAINT (CV11-675 JLR) — 4
DWT 16956097v1 0093176-000002

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700