

11-CV-00675-RCPT

The Honorable James L. Robart

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

JUL 11 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KARIN H. CHO, | ) |
| Plaintiff, | ) No. CV11-675 JLR |
| v. | ) STIPULATION AND |
| | ) [PROPOSED] ORDER OF |
| SUTTELL & HAMMER, P.S., | ) DISMISSAL WITH PREJUDICE |
| Defendant. | ) **Clerk's Action Required** |

## STIPULATION

The parties stipulate that this action and all claims and counterclaims herein by any party may be dismissed with prejudice and without an award of fees or costs to any party.

DATED this ___ day of July, 2010.

Davis Wright Tremaine LLP
Attorneys for Defendant
SUTTELL & HAMMER, P.S.

By  *s/ Brad Fisher*
    Brad Fisher, WSBA #19895
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    Telephone: (206) 757-8042
    E-mail: bradfisher@dwt.com

Karin H. Cho, *Pro se*
Plaintiff

By _____
    Karin H. Cho, *Pro se*

DISMISSAL(CV11-675 JLR) — 1
DWT 17392357v1 0093176-000002

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

**ORDER**

This matter having come on for consideration on the foregoing Stipulation of the parties, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that all claims and counterclaims herein are dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this __10__ day of __July__, 2011.

_____
James L. Robart,
United States District Court Judge

Presented by:

Davis Wright Tremaine LLP
Attorneys for Defendant
SUTTELL & HAMMER, P.S.

By  *s/ Brad Fisher*
    Brad Fisher, WSBA #19895


Karin H. Cho, *Pro se*
Plaintiff

By _____
    Karin H. Cho, *Pro se*

DISMISSAL(CV11-675 JLR) — 2
DWT 17392357v1 0093176-000002

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700